JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MULCAHY, a professional corporation d/b/a THE MULCAHY LAW FIRM, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>USDA, Inc., a Georgia corporation, and DOES 1-10,<br><br>Defendants. | Case No. 8:19-cv-00746-AG-KES<br>*Hon. Andrew J. Guilford*<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTER-CLAIMS WITH PREJUDICE** |
| USDA, Inc., a Georgia corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>JAMES M. MULCAHY, a professional corporation d/b/a THE MULCAHY LAW FIRM, a California corporation,<br><br>Counterdefendant. | Complaint filed: April 23, 2019<br>Counterclaim filed: June 21, 2019 |

ORDER

Before the Court is Plaintiff James Mulcahy, a Professional Corporation dba The Mulcahy Law Firm, a California corporation, and Defendant USDA, Inc., a Georgia corporation's (collectively, the "Parties") Joint Stipulation to Dismiss Action with Prejudice.

The Parties have resolved all matters in controversy between them in the above-captioned lawsuit.

It is, therefore, ORDERED that all claims, counterclaims, and defenses be dismissed with prejudice.

It is further ORDERED that each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: January 23, 2020     By: _____
                                Honorable Andrew J. Guilford
                                United States District Judge